■ ELBA MONTENEGRO, Respondent, v CITY OF NEW YORK, Defendant, and 807 S&S REALTY, INC., Appellant. [703 NYS2d 723] —Order, Supreme Court, New York County (Richard Braun, J.), entered December 16, 1998, which, insofar as appealed from, denied defendant-appellant's motion for summary judgment as untimely, unanimously affirmed, without costs.

The motion was untimely even if the 120-day limit in CPLR 3212 (a) were to be measured from the return of the last deposition transcript rather than the filing of the note of issue (*see, Kearns v City of New York*, 263 AD2d 412). Concur—Nardelli, J. P., Tom, Lerner, Rubin and Friedman, JJ.

■ ALFONSO SILVESTRI, Respondent, v GERRY FERRARA et al., Appellants. [703 NYS2d 722] —Judgment, Supreme Court, New York County (Beatrice Shainswit, J.), entered July 2, 1999, which, after a nonjury trial, declared that defendants own a certain restaurant subject to a constructive trust in plaintiff's favor for a one-third interest in the business and that plaintiff's claim for an accounting should be heard by a Judicial Hearing Officer, and order, same court and Justice, entered August 4, 1999, appointing a receiver for the subject restaurant, with related relief, unanimously affirmed, with costs.

The trial court's essential factual conclusions are sufficiently supported by reliable evidence (*see, Daley v Related Cos.*, 236 AD2d 340, *lv denied* 90 NY2d 803). Defendants' factual contentions amount to nothing more than a self-serving view of the evidence and, as such, afford " 'no reason to disturb' " the trial court's findings (*Castillo v New York City Hous. Auth.*, 266 AD2d 55). Plaintiff proved a sufficiently definite oral joint venture agreement (*see, Roper v Heller-Miller Realty Corp.*, 167 AD2d 457), and the circumstances of this case justified imposition of a constructive trust. The appointment of a receiver constituted a provident exercise of discretion (*see, Rosan v Vassell*, 257 AD2d 436, 437). We have considered defendants' remaining arguments and find them unavailing. Concur—Nardelli, J. P., Tom, Lerner, Rubin and Friedman, JJ.